**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  RALPH A. EJOH           §   Case No. 11-31184
                                §   Hon. PAMELA S. HOLLIS
                                §   Chapter 7
                                §
        Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 03/06/2012 in Courtroom 644, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                               (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: RALPH A. EJOH § Case No. 11-31184
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $7,905.00 |
| *and approved disbursements of* | $23.72 |
| *leaving a balance on hand of* [1] | $7,881.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 8 | Real Time Resolutions, Inc. | $286,158.02 | $286,158.02 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $7,881.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| *Trustee, Fees* ALLAN J. DeMARS | $1,540.50 | $0.00 | $1,540.50 |
| *Trustee, Expenses* ALLAN J. DeMARS | $6.12 | $0.00 | $6.12 |
| *Attorney for Trustee, Fees* | | | |
| *Attorney for Trustee, Expenses* | | | |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Auctioneer, Expenses*

*Charges,*   U.S. Bankruptcy Court

*Fees,* United States Trustee

    Other

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $1,546.62 |
| Remaining balance: | $6,334.66 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
|     Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $6,334.66 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for priority claims: $0.00
Remaining balance: $6,334.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $79,030.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___8___ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $6,871.44 | $0.00 | $550.78 |
| 2 | American InfoSource agent for Citibank | $6,390.73 | $0.00 | $512.25 |
| 3 | American Express Bank | $387.05 | $0.00 | $31.02 |
| 4 | Chase Bank USA, NA | $4,037.68 | $0.00 | $323.64 |
| 5 | Chase Bank USA, NA | $2,555.65 | $0.00 | $204.85 |
| 6 | JP Morgan Chase Bank | $10,795.03 | $0.00 | $865.27 |
| 7 | JP Morgan Chase Bank | $47,992.98 | $0.00 | $3,846.85 |

Total to be paid for timely general unsecured claims: $6,334.66
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___0___ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS
                              Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-31184-PSH
Ralph A Ejoh                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rmarola          Page 1 of 3          Date Rcvd: Feb 09, 2012
                              Form ID: pdf006        Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2012.
db         +Ralph A Ejoh,   20130 Providence Lane,   Lynwood, IL 60411-1082
17630202    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
17608411    BAC Home Loans Service,   450 American Street,   Simi Valley, CA 93065-6285
17608412   +Baker and Miller,   29 N. Wacker Drive,   Suite 500,   Chicago, IL 60606-2854
17608414   ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Chase,   PO Box 1093,   Northridge, CA 91328-1093)
17608416    Chase,   PO Box 15298,   Wilmington, DE 19850-5298
17608417    Chase,   PO Box 260161,   Baton Rouge, LA 70826-0161
17608413   +Chase,   P.O. Box 901039,   Fort Worth, TX 76101-2039
17608415    Chase,   3990 S. Babcock,   Melbourne, FL 32901-8212
17608418    Chase,   PO Box 659754,   San Antonio, TX 78265-9754
18032154    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17608419    Citation Collection Services,   PO Box 68963,   Indianapolis, IN 46268-0963
17608420   +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
17608421    City of Chicago Dept of Water,   P O Box 6330,   Chicago, IL 60680-6330
17608424    GMAC Mortgage,   PO Box 4622,   Waterloo, IA 50704-4622
18057134   +JPMorgan Chase Bank, NA,   Attn: Recovery AZ1-1004,   201 North Central Avenue,   17th Floor,
             Phoenix, AZ 85004-1000
18084447   ++REAL TIME RESOLUTIONS INC,   PO BOX 36655,   DALLAS TX 75235-1655
             (address filed with court: Real Time Resolutions, Inc.,   1750 Regal Row, Suite 120,
             P.O. Box 36655,   Dallas, Tx 75235)
17608426   +Radiology Imaging Consultants,   PO Box 1886,   Harvey, IL 60426-7886
17608427   +Sullivan Urgent Aid Centers,   Dept 20-6001,   PO Box 5990,   Carol Stream, IL 60197-5990
17608428   +Zalutsky & Pinski, Ltd.,   20 North Clark Street,   Suite 600,   Chicago, IL 60602-4184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17956950    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 10 2012 08:04:21
             American InfoSource LP as agent for,   Citibank N.A.,   PO Box 248840,
             Oklahoma City, OK  73124-8840
17608422   +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 10 2012 07:48:32      Claim Assist,
             Two Wells Avenue,   Newton Center, MA 02459-3208
17608423    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 10 2012 08:04:21      Discover Finance,
             PO Box 15316,   Wilmington, DE 19850-5316
17718388   +E-mail/Text: cio.bncmail@irs.gov Feb 10 2012 07:48:30      Dept of Treasury,
             Internal Revenue Service,   POBox 7346,   Philadelphia PA 19101-7346
17939871    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 10 2012 08:04:21      Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17653131    E-mail/Text: ECF@SHERMETA.COM Feb 10 2012 07:48:34      JPMorgan Chase Bank, N.A.,
             c/o Shermeta, Adams & Von Allmen, P.C.,   P.O. Box 80908,   Rochester Hills, MI  48308-0908
17608425    Fax: 847-227-2151 Feb 10 2012 08:14:21      Medical Recovery Specialists,
             2250 E Devon Avenue, Ste 352,   Des Plaines, IL 60018-4519
18084447    E-mail/Text: bkdepartment@rtresolutions.com Feb 10 2012 07:48:34      Real Time Resolutions, Inc.,
             1750 Regal Row, Suite 120,   P.O. Box 36655,   Dallas, Tx 75235
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18017121*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17608410*     American Home Mortgage Servicing,   4600 Regent Blvd., Ste 200,   Irving, TX 75063-2478
17608409    ##American Home Mortgage Servicing,   4600 Regent Blvd., Ste 200,   Irving, TX 75063-2478
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rmarola              Page 2 of 3              Date Rcvd: Feb 09, 2012
                              Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: rmarola              Page 3 of 3                  Date Rcvd: Feb 09, 2012
                              Form ID: pdf006            Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2012 at the address(es) listed below:
         Allan J DeMars    alland1023@aol.com
         James L Hardemon    on behalf of Debtor Ralph Ejoh bknotices@legalremedieschicago.com,
          jhardemon@legalremedieschicago.com
         Joel P Fonferko    on behalf of Creditor  JPMorgan Chase Bank, National Association
          ND-Two@il.cslegal.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                               TOTAL: 4

Case 11-31184    Doc 29    Filed 02/09/12    Entered 02/11/12 23:29:29    Desc Imaged
Certificate of Notice    Page 8 of 8